A CERTIFIED TRUE COPY

MAR 2 6 2007

ATTEST _[signature]_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*1:07cv57*

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

FILED
ASHEVILLE, N.C.

JUN 2 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

### CONDITIONAL TRANSFER ORDER (CTO-275)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_[signature]_
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3·29·07
ATTEST: _[signature]_
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ARKANSAS WESTERN**
~~ARW 2 07-2004~~         ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07

**CALIFORNIA EASTERN**
CAE 1 07-85         Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co.

**CALIFORNIA NORTHERN**
~~CAN 3 07-241~~         ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07
~~CAN 3 07-702~~         ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07

**FLORIDA NORTHERN**
FLN 3 06-479         James Timothy Prescott, etc. v. A.W. Chesterton Co., et al.

**ILLINOIS CENTRAL**
ILC 1 06-1308         Nadra O'Keefe, etc. v. AGA Gas Inc., et al.

**ILLINOIS SOUTHERN**
~~ILS 3 06-1058~~         ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07
ILS 3 07-1         Steven Gray, et al. v. BNSF Railway Co.

**KENTUCKY WESTERN**
KYW 3 07-65         Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al.

**LOUISIANA EASTERN**
LAE 2 06-10560         Auter Earl Barney v. Insurance Co. of North America., et al.
~~LAE 2 07-577~~         ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07

**MASSACHUSETTS**
MA 1 05-11149         Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al.
MA 1 06-10270         Gary Anderson, etc. v. A.W. Chesterton Co., et al.
MA 1 06-11064         Pamela V. Koger v. A.W. Chesterton Co., et al.
MA 1 06-11148         John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al.

**MARYLAND**
~~MD 1 06-3319~~         ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07

**MISSOURI WESTERN**
MOW 6 06-3472         Larry F. Schauf, et al. v. 3M Co., et al.

**MISSISSIPPI SOUTHERN**
MSS 1 07-20         Robert Irving v. ITT Corp., et al.
MSS 1 07-23         Felicia White, et al. v. Owens-Illinois, Inc., et al.
MSS 1 07-59         Lula Adams Grant v. William Powell International Sales Corp., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 07-56         Peggy R. Morgan v. Borg-Warner Corp., et al.
NCM 1 07-101         John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-102         Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-105 | Grady Vernon Holmes v. Aqua-Chem, Inc., et al. |
| NCM 1 07-107 | Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-116 | Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-4 | Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-5 | Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-6 | Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-7 | Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-8 | James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-10 | Clarence B. Beard, III, et al. v. 3M Co., et al. |
| NCW 1 07-13 | Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-14 | Abraham Norris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-15 | Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-25 | Roland William Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-26 | Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-27 | John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-29 | Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al. |
| NCW 1 07-30 | David Steven Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-31 | Todd Howard Sherrill v. Aqua-Chem, Inc., et al. |
| NCW 1 07-33 | Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-34 | Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-35 | Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al. |
| NCW 1 07-36 | Boyd T. Towery, Jr. v. 3M Co., et al. |
| NCW 1 07-37 | Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-38 | Dean McCorkle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-39 | Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-46 | Randy L. Johnson v. 3M Co., et al. |
| NCW 1 07-48 | Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-49 | Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-50 | Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-51 | Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-52 | James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-55 | Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-57 | Linda Faye Bishop v. Aqua-Chem, Inc., et al. |
| NCW 1 07-58 | James Richard Hood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-59 | Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-60 | Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-258 | Charles B. Young, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-260 | Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-261 | Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-262 | Bea Aguilar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-273 | William Prestis, Sr., et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-359 | Arlene D. Welch, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-360 | Eleanor Koerner, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| ~~NYS 1 06-15395~~ | ~~Talbot P. Frawley, et al. v. General Electric Co., et al.~~ Opposed 3/23/07 |
| **OHIO NORTHERN** | |
| OHN 1 06-10006 | Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al. |

DIST. DIV. C.A. #                CASE CAPTION

PENNSYLVANIA WESTERN
  PAW 2  07-40                   Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

SOUTH CAROLINA
  SC 0  07-30                    Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
  SC 0  07-34                    Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
  SC 0  07-240                   Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
  SC 0  07-242                   Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
  SC 0  07-257                   Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
  SC 0  07-258                   Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
  SC 0  07-348                   Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
  SC 0  07-440                   Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC 2  06-1113                  Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
  SC 2  07-337                   Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
  SC 2  07-338                   James Herman Collins v. Bayer CropScience, Inc., et al.
  SC 2  07-468                   Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
  SC 6  07-241                   Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
  SC 7  07-32                    Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
  SC 7  07-33                    James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
  SC 7  07-36                    Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
  SC 7  07-367                   Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
  SC 7  07-393                   William E. Dover, et al. v. Aqua-Chem Inc., et al.
  SC 7  07-439                   Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
  SC 8  06-570                   Walter David James, et al. v. Aqua-Chem, Inc., et al.
  SC 8  06-941                   William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
  SC 8  06-942                   William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-29                    Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-239                   Tommy Joe King v. Aqua-Chem, Inc., et al.
  SC 8  07-256                   Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-435                   Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-436                   Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-437                   Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  TXN 4  07-82                   Marsha Geffert, et al. v. CertainTeed Corp., et al.

TEXAS SOUTHERN
  TXS 4  07-130                  Allan Cardwell, et al. v. The Boeing Co., et al.

VIRGINIA EASTERN
  VAE 2  06-9103                 Richard W. Grapes v. American Standard, Inc., et al.
  VAE 2  06-9104                 Gordon W. Jones v. American Standard, Inc., et al.
  VAE 2  06-9105                 William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard, Inc., et al.
  VAE 2  06-9106                 Lucy S. Ward v. American Standard, Inc., et al.
  VAE 2  06-9107                 Margie E. Birmingham v. American Standard, Inc., et al.
  VAE 2  06-9108                 Roberto P. Gallegos v. American Standard, Inc., et al.
  VAE 2  06-9109                 Terry D. Nealey v. American Standard, Inc., et al.
  VAE 2  06-9110                 Richard B. Nelson v. American Standard, Inc., et al.
  VAE 2  06-9111                 Floyd C. Olson v. American Standard, Inc., et al.
  VAE 2  06-9112                 Charles L. Papke v. American Standard, Inc., et al.
  VAE 2  06-9113                 Leon R. Paquette v. American Standard, Inc., et al.
  VAE 2  06-9114                 James H. Rickard v. American Standard, Inc., et al.
  VAE 2  06-9115                 George D. Ryan v. American Standard, Inc., et al.
  VAE 2  06-9116                 Willus C. Stream v. American Standard, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2 06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2 06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2 06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2 06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2 06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2 06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2 06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2 06-9126 | Joseph D. Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2 06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2 06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2 07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2 07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2 07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2 07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2 07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2 07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2 07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2 07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2 07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2 07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2 07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2 07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2 07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2 07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2 07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2 07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2 07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2 07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2 07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2 07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2 07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2 07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2 07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2 07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2 07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2 07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2 07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3 07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

<u>DIST. DIV. C.A. #</u>  <u>CASE CAPTION</u>

WISCONSIN WESTERN
 WIW 3  06-672  Ernest Crotteau v. Dynegy Corp., et al.